1 | I am GUILLERMO ZAMBRANO's attorney. I have carefully discussed
2 | every part of this stipulation and the continuance of the trial date
3 | with my client. I have fully informed my client of his Speedy Trial
4 | rights. To my knowledge, my client understands those rights and
5 | agrees to waive them. I believe that my client's decision to give up
6 | the right to be brought to trial earlier than October 21, 2025, is an
7 | informed and voluntary one.
8 |
9 | _/s/ John Targowski_                                   _8/9/24_
   | JOHN TARGOWSKI                                        Date
10| Attorney for Defendant
   | GUILLERMO ZAMBRANO
11|
12| I have read this stipulation and have carefully discussed it
13| with my attorney. I understand my Speedy Trial rights. I voluntarily
14| agree to the continuance of the trial date, and give up my right to
15| be brought to trial earlier than October 21, 2025. I understand that
16| I will be ordered to appear in Courtroom 8C of the Federal
17| Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
18| 2025 at 8:30 a.m.
19| _Guillermo Ortiz_                                      _08-09-24_
20| GUILLERMO ZAMBRANO                                     Date
   | Defendant
21|
22|                    **CERTIFICATION OF INTERPRETER**
23| I, _____, am fluent in the written and spoken
24| English and Spanish languages. I accurately translated this entire
25| agreement from English into Spanish to defendant GUILLERMO ZAMBRANO
26| on this date.
27| _Self Interpreter_                                     _____
28| INTERPRETER                                            Date