1    I am JOSE ANTONIO PARDO's attorney.  I have carefully discussed
2    every part of this stipulation and the continuance of the trial date
3    with my client. I have fully informed my client of his Speedy Trial
4    rights.  To my knowledge, my client understands those rights and
5    agrees to waive them.  I believe that my client's decision to give up
6    the right to be brought to trial earlier than October 21, 2025 is an
7    informed and voluntary one.

8    /s/ *signature*                               08-07-2024
9    MICHAEL S. CHERNIS                            Date
     Attorney for Defendant
10   JOSE ANTONIO PARDO

11
     I have read this stipulation and have carefully discussed it
12
     with my attorney. I understand my Speedy Trial rights.  I voluntarily
13
     agree to the continuance of the trial date, and give up my right to
14
     be brought to trial earlier than October 21, 2025.  I understand that
15
     I will be ordered to appear in Courtroom 8C of the Federal
16
     Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
17
     2025 at 8:30 a.m.
18

19   /s/ Jose pardo (Aug 7, 2024 22:39 PDT)       08/07/2024
     JOSE ANTONIO PARDO                            Date
20   Defendant

21
                        **CERTIFICATION OF INTERPRETER**
22
         I, _____, am fluent in the written and spoken
23
     English and Spanish languages.  I accurately translated this entire
24
     agreement from English into Spanish to defendant JOSE ANTONIO PARDO
25
     on this date.
26

27   _____               _____
     INTERPRETER                                   Date
28

                                        22