E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JULIE J. SHEMITZ (Cal. Bar No. 224093)
Assistant United States Attorney
International Narcotics, Money Laundering & Racketeering Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-5735
     Facsimile: (213) 894-0142
     Cell:     (213) 500-9369
     E-mail:   julie.shemitz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:23-CR-00524(A)-DMG |
|---|---|
| Plaintiff, | STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE(S) AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| EDGAR JOEL MARTINEZ-REYES ET AL., | |
| Defendants. | **CURRENT TRIAL DATES:** 11/5/24; 3/25/2025<br>**PROPOSED TRIAL DATE:** 5/19/2025 |

Plaintiff United States of America, by and through its counsel
of record, the United States Attorney for the Central District of
California and Assistant United States Attorney Julie J. Shemitz, and
defendants EDGAR JOEL MARTINEZ-REYES ("MARTINEZ-REYES"), both
individually and by and through his counsel of record, Zaura
Villagomez; SAI ZHANG ("ZHANG"), both individually and by and through
his counsel of record, Rueven L. Cohen and Youngbin Son; CHENGWU HE,
both individually and by and through his counsel of record, Victor

1  Sherman; BERNARDO MAUBERIS ("MAUBERIS"), both individually and by and

2  through his counsel of record, Robert M. Helfend; PANYU ZHAO, both

3  individually and by and through his counsel of record, Louis J.

4  Shapiro; RAUL CONTRERAS, individually, and by and through his counsel

5  of record, Charles C. Brown; GUILLERMO ZAMBRANO, individually, and by

6  and through his counsel of record, John Targowski; LUIS BELANDRIA-

7  CONTRERAS ("BELANDRIA-CONTRERAS"), both individually and by and

8  through his counsel of record, Oliver P. Cleary; HANG SU ("SU"), both

9  individually and by and through his counsel of record, Michael D.

10  Walsh; JIAYUNG YU, both individually, and by and through his counsel

11  of record, Jonathan Perliss; XIAOLEI YE, both individually, and by

12  and through his counsel of record, Edward M. Robinson; XUANYI MU

13  ("MU"), both individually and by and through his counsel of record,

14  Donald M. Matson; SHOU YANG, individually, and by and through his

15  counsel of record, Robert C. Hsu; DIEGO ACOSTA OVALLE, both

16  individually, and by and through his counsel of record,      OSCAR

17  EDUARDO MAYORGA ("MAYORGA"), both individually and by and through his

18  counsel of record, Matthew J. Lombard; VIDAL LICON-ROBLES ("LICON-

19  ROBLES"), both individually and by and through his counsel of record,

20  Robert Bernstein, LEOPOLDO BERNAL, individually, and by and through

21  his counsel of record, Anthony Solis; JULIO ALEXANDER CABRERA,

22  individually, and by and through his counsel of record, Peter

23  Johnson; JOSE ANTONIO PARDO, individually, and by and through his

24  counsel of record, Michael S. Chernis; and JIANDE ZHOU, individually,

25  and by and through his counsel of record, Kevin Gres, hereby

26  stipulate as follows:

27

28

1    1.    On April 4, 2024, a grand jury for the Central District of
2  California returned first superseding indictment as to both United
3  States v. Zhang, et al. and United States v. Martinez-Reyes, et al.
4  Initial appearance and arraignment for defendant CHENGWU HE has been
5  set for August 22, 2024.

6    2.    The Speedy Trial Act, 18 U.S.C. § 3161, requires that the
7  trial commence on or before August 20, 2024.

8    3.    Defendants PEIJI TONG, CHENGWU HE ("C. HE"), DANIEL
9  GONZALEZ, and JIAXUAN HE ("J. HE") have not yet appeared in this
10 district.

11   4.    All defendants who have appeared in this district have been
12 released on bond pending trial.

13   5.    The parties estimate that the trial in this matter will
14 last approximately three weeks.  All defendants are joined for trial
15 and a severance has not been granted.

16   6.    By this stipulation, the parties move to continue the trial
17 date to and the status conference to October 21, 2025 and the status
18 conference to October 8, 2025.

19   7.    Defendants request the continuance based upon the following
20 facts, which the parties believe demonstrate good cause to support
21 the appropriate findings under the Speedy Trial Act:

22        a.    Counsel for defendants represent that they have
23 various prior obligations and trial conflicts as set out in Exhibit A
24 hereto. Counsel for defendants also represent that additional time is
25 necessary to confer with their defendants, conduct and complete an
26 independent investigation of the case, conduct and complete
27 additional legal research including for potential pre-trial motions,

28

3

1   review the discovery and potential evidence in the case, and prepare

2   for trial in the event that a pretrial resolution does not occur.

3   Defense counsel represent that failure to grant the continuance would

4   deny them reasonable time necessary for effective preparation, taking

5   into account the exercise of due diligence.

6           b.    Defendants believe that failure to grant the

7   continuance will deny them continuity of counsel and adequate

8   representation.

9           c.    The government does not object to the continuance.

10          d.    The requested continuance is not based on congestion

11  of the Court's calendar, lack of diligent preparation on the part of

12  the attorney for the government or the defense, or failure on the

13  part of the attorney for the Government to obtain available

14  witnesses.

15      8.    For purposes of computing the date under the Speedy Trial

16  Act by which defendants' trial must commence, the parties agree that

17  the time period of January 2, 2024 to October 21, 2025, inclusive,

18  should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A),

19  (h)(7)(B)(i) and (h)(7)(B)(iv) because the delay results from a

20  continuance granted by the Court at defendants' request, without

21  government objection, on the basis of the Court's finding that:

22  (i) the ends of justice served by the continuance outweigh the best

23  interest of the public and defendant in a speedy trial; (ii) failure

24  to grant the continuance would be likely to make a continuation of

25  the proceeding impossible, or result in a miscarriage of justice; and

26  (iii) failure to grant the continuance would unreasonably deny

27  defendant continuity of counsel and would deny defense counsel the

28

1 │ reasonable time necessary for effective preparation, taking into

2 │ account the exercise of due diligence.

3 │     9.    Nothing in this stipulation shall preclude a finding that

4 │ other provisions of the Speedy Trial Act dictate that additional time

5 │ periods be excluded from the period within which trial must commence.

6 │ Moreover, the same provisions and/or other provisions of the Speedy

7 │ Trial Act may in the future authorize the exclusion of additional

8 │ time periods from the period within which trial must commence.

9 │     IT IS SO STIPULATED.
│ Dated: August 5, 2024            Respectfully submitted,

10 │

11 │                                 E. MARTIN ESTRADA
│                                 United States Attorney

12 │                                 MACK E. JENKINS
│                                 Assistant United States Attorney

13 │                                 Chief, Criminal Division

14 │

15 │                            /s/
│                                 JULIE J. SHEMITZ

16 │                                 Assistant United States Attorney

17 │                                 Attorneys for Plaintiff
│                                 UNITED STATES OF AMERICA

18 │

19 │

20 │     I am EDGAR MARTINEZ-REYES's attorney.  I have carefully

21 │ discussed every part of this stipulation and the continuance of the

22 │ trial date with my client. I have fully informed my client of his

23 │ Speedy Trial rights.  To my knowledge, my client understands those

24 │ rights and agrees to waive them.  I believe that my client's decision

25 │ to give up the right to be brought to trial earlier than _____

26 │ is an informed and voluntary one.

27 │ _____    _____

28 │ ZAIRA VILLAGOMEZ                        Date

Attorney for Defendant
EDGAR MARTINEZ-REYES

 

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____          _____
EDGAR MARTINEZ-REYES                                       Date
Defendant

### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant EDGAR MARTINEZ-REYES on this date.

_____          _____
INTERPRETER                                                     Date

6

1    I am SAI ZHANG's attorney. I have carefully discussed every

2    part of this stipulation and the continuance of the trial date with

3    my client. I have fully informed my client of his Speedy Trial

4    rights. To my knowledge, my client understands those rights and

5    agrees to waive them. I believe that my client's decision to give up

6    the right to be brought to trial earlier than October 21, 2025 is an

7    informed and voluntary one.

8

RUEVEN L. COHEN                Date

9   YOUNGBIN SON

Attorneys for Defendant

10  SAI ZHANG

11

12

     This agreement has been read to me in Mandarin, the language I

13

understand best, and I have carefully discussed every part of it with

14

my attorney. I understand my Speedy Trial rights. I voluntarily

15

agree to the continuance of the trial date and give up my right to be

16

brought to trial earlier than October 21, 2025. I understand that I

17

will be ordered to appear at 350 West 1st Street, Los Angeles, CA,

18

90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

19

20  SAI ZHANG                  Date

Defendant

21

### CERTIFICATION OF INTERPRETER

22

     I, _____, am fluent in the written and spoken

23

English and Mandarin languages. I accurately translated this entire

24

agreement from English into Mandarin to defendant SAI ZHANG on this

25

date.

26

27  INTERPRETER                Date

28

1

2      I am BERNARDO MAUBERIS's attorney.  I have carefully discussed

3   every part of this stipulation and the continuance of the trial date

4   with my client. I have fully informed my client of his Speedy Trial

5   rights.  To my knowledge, my client understands those rights and

6   agrees to waive them.  I believe that my client's decision to give up

7   the right to be brought to trial earlier than October 21, 2025, is an

8   informed and voluntary one.

9   _____        _____
    ROBERT M. HELFEND                         Date
10  Attorney for Defendant
    BERNARDO MAUBERIS
11

12

13      I have read this stipulation and have carefully discussed it

14  with my attorney. I understand my Speedy Trial rights.  I voluntarily

15  agree to the continuance of the trial date, and give up my right to

16  be brought to trial earlier than October 21, 2025.  I understand that

17  I will be ordered to appear in Courtroom 8C of the Federal

18  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

19  2025 at 8:30 a.m.

20  _____        _____
    BERNARDO MAUBERIS                         Date
21  Defendant

22

23                    **CERTIFICATION OF INTERPRETER**

24      I, _____, am fluent in the written and spoken

25  English and Spanish languages.  I accurately translated this entire

26  agreement from English into Spanish to defendant BERNARDO MAUBERIS on

27  this date.

28

| | |
|---|---|
| INTERPRETER | Date |

I am PANYU ZHAO's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

| | |
|---|---|
| LOUIS J. SHAPIRO | Date |
Attorney for Defendant
PANYU ZHAO

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

| | |
|---|---|
| PANYU ZHAO | Date |
Defendant

### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Mandarin languages. I accurately translated this entire agreement from English into Mandarin to defendant PANYU ZHAO on this date.

_____     _____
INTERPRETER                     Date

    I am RAUL CONTRERAS's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025, is an informed and voluntary one.

_____     _____
CHARLES C. BROWN                Date
Attorney for Defendant
RAUL CONTRERAS


    I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____     _____
RAUL CONTRERAS                  Date
Defendant


### CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken English and Spanish languages. I accurately translated this entire agreement from English into Spanish to defendant RAUL CONTRERAS on this date.

10

1

_____          _____
INTERPRETER                          Date

2

3     I am GUILLERMO ZAMBRANO's attorney.  I have carefully discussed

every part of this stipulation and the continuance of the trial date

4

with my client. I have fully informed my client of his Speedy Trial

5

rights.  To my knowledge, my client understands those rights and

6

agrees to waive them.  I believe that my client's decision to give up

7

the right to be brought to trial earlier than October 21, 2025, is an

8

informed and voluntary one.

9

_____          _____
10    JOHN TARGOWSKI                       Date
      Attorney for Defendant
11    GUILLERMO ZAMBRANO

12

13

      I have read this stipulation and have carefully discussed it
14
with my attorney. I understand my Speedy Trial rights.  I voluntarily
15
agree to the continuance of the trial date, and give up my right to
16
be brought to trial earlier than October 21, 2025.  I understand that
17
I will be ordered to appear in Courtroom 8C of the Federal
18
Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
19
2025 at 8:30 a.m.
20

_____          _____
21    GUILLERMO ZAMBRANO                   Date
      Defendant
22

23

24                    **CERTIFICATION OF INTERPRETER**

      I, _____, am fluent in the written and spoken
25
English and Spanish languages.  I accurately translated this entire
26
agreement from English into Spanish to defendant GUILLERMO ZAMBRANO
27
on this date.
28

INTERPRETER                                    Date

I am HANG SU's attorney.  I have carefully discussed every part
of this stipulation and the continuance of the trial date with my
client. I have fully informed my client of his Speedy Trial rights.
To my knowledge, my client understands those rights and agrees to
waive them.  I believe that my client's decision to give up the right
to be brought to trial earlier than October 21, 2025 is an informed
and voluntary one.

MICHAEL D. WALSH                               Date
Attorney for Defendant
HANG SU


I have read this stipulation and have carefully discussed it
with my attorney. I understand my Speedy Trial rights.  I voluntarily
agree to the continuance of the trial date, and give up my right to
be brought to trial earlier than October 21, 2025.  I understand that
I will be ordered to appear in Courtroom 8C of the Federal
Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
2025 at 8:30 a.m.

HANG SU                                        Date
Defendant


### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken
English and Mandarin languages.  I accurately translated this entire
agreement from English into Mandarin to defendant HANG SU on this
date.

12

1    I am OSCAR EDUARDO MAYORGA'S attorney.  I have carefully

2  discussed every part of this stipulation and the continuance of the

3  trial date with my client. I have fully informed my client of his

4  Speedy Trial rights.  To my knowledge, my client understands those

5  rights and agrees to waive them.  I believe that my client's decision

6  to give up the right to be brought to trial earlier than October 21,

7  2025 is an informed and voluntary one.

8  _____        _____
   MATTHEW J. LOMBARD                       Date
9  Attorney for Defendant
   OSCAR EDUARDO MAYORGA
10

11

12    I have read this stipulation and have carefully discussed it

13  with my attorney. I understand my Speedy Trial rights.  I voluntarily

14  agree to the continuance of the trial date, and give up my right to

15  be brought to trial earlier than October 21, 2025.  I understand that

16  I will be ordered to appear in Courtroom 8C of the Federal

17  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18  2025 at 8:30 a.m.

19  _____        _____
   OSCAR EDUARDO MAYORGA                     Date
20  Defendant

21

22                    **CERTIFICATION OF INTERPRETER**

23    I, _____, am fluent in the written and spoken

24  English and Spanish languages. I accurately translated this entire

25  agreement from English into Spanish to defendant OSCAR EDUARDO

26  MAYORGA on this date.

27  _____        _____
   INTERPRETER                              Date
28

                                    18

1        I, _____, am fluent in the written and spoken

2    English and Mandarin languages.  I accurately translated this entire

3    agreement from English into Mandarin to defendant SHOU YANG on this

4    date.

5    _____          _____

6    INTERPRETER                                   Date

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

agreement from English into Mandarin to defendant XUANYI MU on this date.

_____          _____
INTERPRETER                            Date

    I am SHOU YANG's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_____          _____
SHOU YANG                              Date
Attorney for Defendant
ROBERT C. HSU

    I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____          _____
SHOU YANG                              Date
Defendant

**CERTIFICATION OF INTERPRETER**

INTERPRETER                              Date

     I am XUANYI MU's attorney.  I have carefully discussed every
part of this stipulation and the continuance of the trial date with
my client. I have fully informed my client of his Speedy Trial
rights.  To my knowledge, my client understands those rights and
agrees to waive them.  I believe that my client's decision to give up
the right to be brought to trial earlier than October 21, 2025 is an
informed and voluntary one.

DONALD J. MATSON                         Date
Attorney for Defendant
XUANYI MU

     I have read this stipulation and have carefully discussed it
with my attorney. I understand my Speedy Trial rights.  I voluntarily
agree to the continuance of the trial date, and give up my right to
be brought to trial earlier than October 21, 2025.  I understand that
I will be ordered to appear in Courtroom 8C of the Federal
Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
2025 at 8:30 a.m.

XUANYI MU                                Date
Defendant

### CERTIFICATION OF INTERPRETER

     I, _____, am fluent in the written and spoken
English and Mandarin languages.  I accurately translated this entire

15

INTERPRETER _____     Date _____

I am XIAOLEI YE's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

EDWARD M. ROBINSON _____     Date _____
BRIAN ARTHUR ROBINSON
Attorneys for Defendant
XIAOLEI YE

This agreement has been read to me in Mandarin, the language I understand best, and I have carefully discussed every part of it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear at 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

XIAOLEI YE _____     Date _____
Defendant

### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant XIAOLEI YE on this date.

14

INTERPRETER _____    Date _____

    I am JIAYONG YU's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

JONATHON PERLISS _____    Date _____
Attorney for Defendant
JIAYONG YU


    This agreement has been read to me in Mandarin, the language I understand best, and I have carefully discussed every part of it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear at 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

JIAYONG YU _____    Date _____
Defendant

## CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant JIAYONG YU on this date.

13

1     I am VICTOR RODRIGUEZ-TRUJILLO's attorney.  I have carefully

2 discussed every part of this stipulation and the continuance of the

3 trial date with my client.  I have fully informed my client of his

4 Speedy Trial rights.  To my knowledge, my client understands those

5 rights and agrees to waive them.  I believe that my client's decision

6 to give up the right to be brought to trial earlier than October 21,

7 2025 is an informed and voluntary one.

8 _____     _____
  EDVIN S. FLORES                          Date
9 Attorney for Defendant
  VICTOR RODRIGUEZ-TRUJILLO

10

11

12     I have read this stipulation and have carefully discussed it

13 with my attorney. I understand my Speedy Trial rights.  I voluntarily

14 agree to the continuance of the trial date, and give up my right to

15 be brought to trial earlier than October 21, 2025.  I understand that

16 I will be ordered to appear in Courtroom 8C of the Federal

17 Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18 2025 at 8:30 a.m.

19 _____     _____
  VICTOR RODRIGUEZ-TRUJILLO                 Date
20 Defendant

21

22                        **CERTIFICATION OF INTERPRETER**

23     I, _____, am fluent in the written and spoken

24 English and Spanish languages.  I accurately translated this entire

25 agreement from English into Spanish to defendant VICTOR RODRIGUEZ-
  TRUJILLO on this date.

26

27 _____     _____
  INTERPRETER                              Date

28

19

I am VIDAL LICON-ROBLES's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_____     _____
ROBERT BERNSTEIN                       Date
Attorney for Defendant
VIDAL LICON-ROBLES


I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____     _____
VIDAL LICON-ROBLES                     Date
Defendant


### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant VIDAL LICON-ROBLES on this date.

_____     _____
INTERPRETER                            Date

1       I am LEOPOLDO BERNAL's attorney. I have carefully discussed

2   every part of this stipulation and the continuance of the trial date

3   with my client. I have fully informed my client of his Speedy Trial

4   rights. To my knowledge, my client understands those rights and

5   agrees to waive them. I believe that my client's decision to give up

6   the right to be brought to trial earlier than October 21, 2025 is an

7   informed and voluntary one.

8   _____        _____
    ANTHONY M. SOLIS                        Date
9   Attorney for Defendant
    LEOPOLDO BERNAL
10

11

12      I have read this stipulation and have carefully discussed it

13  with my attorney. I understand my Speedy Trial rights. I voluntarily

14  agree to the continuance of the trial date, and give up my right to

15  be brought to trial earlier than October 21, 2025. I understand that

16  I will be ordered to appear in Courtroom 8C of the Federal

17  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18  2025 at 8:30 a.m.

19  _____        _____
    LEOPOLDO BERNAL                         Date
20  Defendant

21

22                        **CERTIFICATION OF INTERPRETER**

23      I, _____, am fluent in the written and spoken

24  English and Spanish languages. I accurately translated this entire

25  agreement from English into Spanish to defendant LEOPOLDO BERNAL on

26  this date.

27  _____        _____
    INTERPRETER                             Date
28

1    I am JULIO ALEXANDER CABRERA's attorney.  I have carefully

2  discussed every part of this stipulation and the continuance of the

3  trial date with my client. I have fully informed my client of his

4  Speedy Trial rights.  To my knowledge, my client understands those

5  rights and agrees to waive them.  I believe that my client's decision

6  to give up the right to be brought to trial earlier than October 21,

7  2025 is an informed and voluntary one.

8  _____        _____
   PETER JOHNSON                           Date
9  Attorney for Defendant
   JULIO ALEXANDER CABRERA
10

11
        I have read this stipulation and have carefully discussed it
12
   with my attorney. I understand my Speedy Trial rights.  I voluntarily
13
   agree to the continuance of the trial date, and give up my right to
14
   be brought to trial earlier than October 21, 2025.  I understand that
15
   I will be ordered to appear in Courtroom 8C of the Federal
16
   Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
17
   2025 at 8:30 a.m.
18

19 _____        _____
   JULIO ALEXANDER CABRERA                 Date
20 Defendant

21

22                       **CERTIFICATION OF INTERPRETER**

23      I, _____, am fluent in the written and spoken

24 English and Spanish languages.  I accurately translated this entire

25 agreement from English into Spanish to defendant JULIO ALEXANDER

26 CABRERA on this date.

27 _____        _____
   INTERPRETER                             Date
28

I am JOSE ANTONIO PARDO's attorney.  I have carefully discussed
every part of this stipulation and the continuance of the trial date
with my client. I have fully informed my client of his Speedy Trial
rights.  To my knowledge, my client understands those rights and
agrees to waive them.  I believe that my client's decision to give up
the right to be brought to trial earlier than October 21, 2025 is an
informed and voluntary one.

_____          _____
MICHAEL S. CHERNIS                          Date
Attorney for Defendant
JOSE ANTONIO PARDO


I have read this stipulation and have carefully discussed it
with my attorney. I understand my Speedy Trial rights.  I voluntarily
agree to the continuance of the trial date, and give up my right to
be brought to trial earlier than October 21, 2025.  I understand that
I will be ordered to appear in Courtroom 8C of the Federal
Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
2025 at 8:30 a.m.

_____          _____
JOSE ANTONIO PARDO                          Date
Defendant


### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken
English and Spanish languages.  I accurately translated this entire
agreement from English into Spanish to defendant JOSE ANTONIO PARDO
on this date.

_____          _____
INTERPRETER                                 Date

23

1

2        I am JIANDE ZHOU's attorney.  I have carefully discussed every

3    part of this stipulation and the continuance of the trial date with

4    my client. I have fully informed my client of his Speedy Trial

5    rights.  To my knowledge, my client understands those rights and

6    agrees to waive them.  I believe that my client's decision to give up

7    the right to be brought to trial earlier than October 21, 2025 is an

8    informed and voluntary one.

9    _____    ____8/9/24_____

     JIANDE ZHOU                         Date

10   Attorney for Defendant
     KEVIN D. GRES

11

12

13       I have read this stipulation and have carefully discussed it

14   with my attorney. I understand my Speedy Trial rights.  I voluntarily

15   agree to the continuance of the trial date, and give up my right to

16   be brought to trial earlier than October 21, 2025.  I understand that

17   I will be ordered to appear in Courtroom 8C of the Federal

18   Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

19   2025 at 8:30 a.m.

20   _____    ____8/9/2024_____

     JIANDE ZHOU                         Date

21   Defendant

22

                     **CERTIFICATION OF INTERPRETER**

23       I, __Yanyan Liu__, am fluent in the written and spoken

24   English and Mandarin languages.  I accurately translated this entire

25   agreement from English into Mandarin to defendant JIANDE ZHOUon this

26   date.

27

28

                                    24

INTERPRETER

08/09/2024

Date

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28