---
INTERPRETER                                    Date
---

    I am JIAYONG YU's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

---
JONATHON PERLISS                               Date    8/8/2024
Attorney for Defendant
JIAYONG YU

    This agreement has been read to me in Mandarin, the language I understand best, and I have carefully discussed every part of it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear at 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

---
JIAYONG YU                                     Date    8/8/2024
Defendant

## CERTIFICATION OF INTERPRETER

    I, Fei Han, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant JIAYONG YU on this date.

13

*Fei Han*
INTERPRETER

08/08/2024
Date

I am XIAOLEI YE's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

EDWARD M. ROBINSON
BRIAN ARTHUR ROBINSON
Attorneys for Defendant
XIAOLEI YE

Date

This agreement has been read to me in Mandarin, the language I understand best, and I have carefully discussed every part of it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear at 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

XIAOLEI YE
Defendant

Date

### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant XIAOLEI YE on this date.

14