```
 1  _____      _____
    INTERPRETER                          Date
 2
 3
 4      I am XUANYI MU's attorney. I have carefully discussed every
    part of this stipulation and the continuance of the trial date with
 5
    my client. I have fully informed my client of his Speedy Trial
 6
    rights. To my knowledge, my client understands those rights and
 7
    agrees to waive them. I believe that my client's decision to give up
 8
    the right to be brought to trial earlier than October 21, 2025 is an
 9
    informed and voluntary one.
10  _____      8/8/2024
11  DONALD J. MATSON                     Date
    Attorney for Defendant
12  XUANYI MU
13
14      I have read this stipulation and have carefully discussed it
15  with my attorney. I understand my Speedy Trial rights. I voluntarily
16  agree to the continuance of the trial date, and give up my right to
17  be brought to trial earlier than October 21, 2025. I understand that
18  I will be ordered to appear in Courtroom 8C of the Federal
19  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
20  2025 at 8:30 a.m.
21  _____      08/08/2024
    XUANYI MU                            Date
22  Defendant
23
24                    CERTIFICATION OF INTERPRETER
25      I, Ivan Lam, am fluent in the written and spoken
26  English and Mandarin languages. I accurately translated this entire
27
28
                                  15
```

agreement from English into Mandarin to defendant XUANYI MU on this date.

_____   Date 8/8/2024
INTERPRETER

I am SHOU YANG's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_____   Date _____
SHOU YANG
Attorney for Defendant
ROBERT C. HSU

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____   Date _____
SHOU YANG
Defendant

**CERTIFICATION OF INTERPRETER**

16